OTTERBOURG, P.C.
William M. Moran
Attorneys for Plaintiff
Interstate Billing Service, Inc.
230 Park Avenue
New York, New York 10169
(212) 661-9100

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------- x
INTERSTATE BILLING SERVICE, INC.,    :
                                                  Plaintiffs,    :   No. 3:19-cv-909(JCH)

      v.    :   **STIPULATION AND ORDER GRANTING PLAINTIFF JUDGMENT**

PRECISE MEDICAL BILLINGS, LLC,    :
ANTHONY RICCARDI, AND PATRICIA    :
RICCARDI,    :

                                               Defendants.    :
---------------------------------------------- x

Plaintiff Interstate Billing Service Inc. ("Interstate"), by its attorneys Otterbourg, P.C., and Defendants PRECISE MEDICAL BILLINGS, LLC, ANTHONY RICCARDI, AND PATRICIA RICCARDI (collectively, the "Defendants") by their attorneys Beck & Beck, LLC hereby stipulate to the following:

1. On June 12, 2019, Plaintiff Interstate commenced the within action.

2. On June 12, 2019, Plaintiff Interstate filed and served its Complaint (the "Complaint") and attached copies of the Recourse Client Accounts Receivable Financing Agreement between Interstate and Defendant Precise Medical Billings LLC (the "Agreement"), executed by the parties on May 3, 2019.

5748605.2

3. The Agreement further provided a Guaranty duly executed by both individual Defendants Anthony Riccardi and Patricia Riccardi on May 3, 2019, providing for a personal guarantee of the payment, with respect to obligations of Precise Medical Billings, LLC as set forth in the Agreement.

4. On June 17, 2019, Defendants Precise Medical Billings and Anthony Riccardi appeared upon Objection to Interstate's Order to Show Cause for Order of Attachment with Temporary Restraining Order, and the Court granted Plaintiff's motion for pre-judgment remedy of $2.5 million attachment on the assets of Defendants Precise Medical Billings LLC and Anthony Riccardi.

5. On June 19, 2019, service of the orders and Complaint in this action upon Defendant Patricia Riccardi was accepted by Beck & Beck LLC, who now represent and appear for Defendant Patricia Riccardi.

WHEREFORE IT IS FURTHER STIPULATED, ORDERED AND AGREED THAT:

A. In accordance with a Settlement Agreement of even date herewith, Defendants consent to the entry of judgment, which is hereby granted, in favor of Plaintiff in the amount of $2,208,883.04, less any amount paid by Defendants to Plaintiff subsequent to the initial payment of $100,000;

B. Upon application by Plaintiff attesting to the amounts, if any, received by Plaintiff subsequent to the date hereof, the Clerk of the Court is directed to enter judgment in favor of Plaintiff in the amount of $2,208,883.04, less such amount attested to by Plaintiff, and Plaintiff

5748605.2

-2-

shall have execution therefor.

Dated: New York, New York
       July 17, 2009

| OTTERBOURG P.C. | Beck & Beck LLC |
|---|---|
| By: /s/ William M. Moran<br>William M. Moran<br>230 Park Avenue<br>New York, New York  10169-0075<br>(212) 661-9100<br>wmoran@otterbourg.com.com<br><br>Attorneys for Plaintiff<br>Interstate Billing Service, Inc. | By:_____<br>Kenneth Beck<br>83 Booth Street<br>Stratford, CT 06614<br>(203) 375-2222<br>beckandbeck@sbcglobal.net<br><br>Attorney for Defendants Precise Medical Billings, LLC, Anthony Riccardi and Patricia Riccardi |

**SO ORDERED:**

_____
Hon. Janet C. Hall, U.S.D.J.

Date:_____

shall have execution therefor.

Dated: New York, New York
July 17, 2009

OTTERBOURG P.C.

By: _____
William M. Moran
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100
wmoran@otterbourg.com.com

Attorneys for Plaintiff
Interstate Billing Service, Inc.

Beck & Beck LLC

By: _____
Kenneth Beck
83 Booth Street
Stratford, CT 06614
(203) 375-2222
beckandbeck@sbcglobal.net

Attorney for Defendants Precise Medical
Billings, LLC, Anthony Riccardi and
Patricia Riccardi

**SO ORDERED:**

/s/ Janet C. Hall
_____
Hon. Janet C. Hall, U.S.D.J.

Date: 6/27/2019

- 3 -