UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INTERSTATE BILLING SERVICE, INC., | : | Case No. 3:19-cv-00909 (JCH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PRECISE MEDICAL BILLINGS, LLC | : | |
| ANTHONY RICCARDI AND | : | |
| PATRICIA MCGUIRE-RICCARDI, | : | |
| | : | |
| Defendants. | : | June 30, 2020 |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. Civ. Rule 7(e), the undersigned attorney (Jeffrey P. Nichols of Hurwitz Sagarin Slossberg & Knuff, LLC) respectfully moves to withdraw his appearance on behalf of Precise Medical Billings, LLC, Anthony Riccardi, and Patricia McGuire-Riccardi ("Defendants"). The undersigned respectfully submits that there is good cause for this motion for the following reasons:

1.  The undersigned filed his appearance on August 9, 2019 (ECF 36), after the judgment issued on June 27 2019 (ECF 30). The undersigned appeared under the assumption that Defendants would be filing motions directed at the judgment. However, that has not occurred.

2.  There has been no activity in this case since August 27, 2019. (ECF 37.)

3.  Pursuant to the Rules of Professional Conduct § 1.16(b), a lawyer may withdraw from representing a client under a variety of grounds, including where (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (4) the client fails to substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been

given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; or (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client, and (7) where other good cause for withdrawal exists.

4. Certain conditions arisen that necessitate the undersigned counsel's withdrawal of his appearance for Defendants in this action. In particular, the Defendants have not fulfilled certain obligations to the undersigned under the Retention Agreement, despite reasonable notices to the Defendants that the undersigned would withdraw from the representation unless the obligations were fulfilled.

5. In 2019, the undersigned's firm ("HSSK") also appeared on behalf of Defendants in eleven state court actions that are still in the pretrial phase. Subsequently, in those state court cases, (i) HSSK was granted permission to withdraw its appearance for Mr. Riccardi due to a conflict of interest, (ii) Mrs. Riccardi has filed her appearance to represent herself in lieu of HSSK, and (iii) HSSK's motions to withdraw its appearance for Precise Medical Billings, LLC are currently pending.

6. The undersigned represents and affirms that:

   a. He has notified Defendants of this motion;

   b. He will deliver a copy of this motion and any related order to Defendants;

   c. He has notified Defendants that, if the case happens to be reopened, failure to appear through new counsel may result in a default being entered against it;

   d. He has notified the Defendant Precise Medical Billings, LLC that an entity may not represent itself, and may only appear in court through an attorney; and

   e. He has notified Defendants that they will not receive electronic notifications from the docket.

7.  The undersigned represents to the Court that each defendant has communicated his, her or its consent that the undersigned be granted permission to withdraw his appearance for that defendant.

WHEREFORE, the undersigned respectfully requests that this motion to withdraw be granted.

>                   THE DEFENDANTS,
>                   PRECISE MEDICAL BILLINGS, LLC
>                   ANTHONY RICCARDI and PATRICIA
>                   McGUIRE-RICCARDI
>
>              By: */s/ Jeffrey P. Nichols*
>                   Jeffrey P. Nichols (ct29547)
>                   HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
>                   147 North Broad Street
>                   Milford, CT 06460
>                   Tel: (203) 877-8000/Fax: (203) 878-9800
>                   JNichols@hssklaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on June 30, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

                                                                                    */s/ Jeffrey P. Nichols*
                                                                                     Jeffrey P. Nichols